UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LAWRENCE VERLINE WILDER, SR.,                :

                         Plaintiff pro se,    :     10 Civ. 6624 (WHP)

            -against-                       :     ORDER

EEOC, EEOC, AJILON CONSULTING           :
INC., and AMERICAN EXPRESS, INC.,
                                                 :
                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        By Order dated December 17, 2010, Plaintiff was directed to serve Defendants American Express, Inc. and Ajilon Consulting, Inc. by January 31, 2011. The docket indicates the Plaintiff has failed to effect service. Accordingly, as to Defendants American Express, Inc. and Ajilon Consulting, Inc., this action is dismissed for failure to prosecute.

        By Order dated December 17, 2010, Plaintiff was directed to file an opposition to the EEOC Defendants' motion to dismiss by February 25, 2011. Plaintiff has failed to do so. Having reviewed the EEOC Defendants' submission, their motion to dismiss is granted for lack of subject matter jurisdiction and for failing to state a claim on which relief can be granted.

        The Clerk of Court is directed to mark this case closed.

Dated:    March 15, 2011
               New York, New York

                                                    SO ORDERED:

                                                   WILLIAM H. PAULEY III
                                                         U.S.D.J.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/11

*Copies mailed to*:

Lawrence Verline Wilder, Sr.
P.O. Box 47488
Windsor Mill, MD 21244
*Plaintiff Pro Se*

Cristine Irvin Phillips, Esq.
Assistant United States Attorney
United States Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
*Counsel for EEOC Defendants*